No. 141, Misc. IN RE BEST. Application denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

*Certiorari Granted.    (See also No. 244, supra.)*

No. 83.  REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA *v.* CARROLL ET AL.    Court of Appeals of Georgia. Certiorari granted.  *Eugene Cook,* Attorney General of Georgia, and *Hamilton Lokey,* Deputy Assistant Attorney General, for petitioner.  *James A. Branch* for respondents.  *Solicitor General Perlman* and *Benedict P. Cottone* filed a brief for the Federal Communications Commission, as *amicus curiae,* supporting the petition. █

No. 98.    UNITED STATES *v.* FLEISCHMAN; and

No. 99.    UNITED STATES *v.* BRYAN.    United States Court of Appeals for the District of Columbia Circuit. Certiorari granted.  *Solicitor General Perlman* for the United States.  *O. John Rogge* and *Benedict Wolf* for respondents.

No. 214.  UNITED STATES *v.* CUMBERLAND PUBLIC SERVICE Co.  Court of Claims.  Certiorari granted. *Solicitor General Perlman* for the United States.  *Wilson W. Wyatt* for respondent.

No. 221.  SKELLY OIL Co. ET AL. *v.* PHILLIPS PETROLEUM Co.    C. A. 10th Cir.  Certiorari granted.  *W. P. Z. German, Alvin F. Molony, Donald Campbell, Ray S. Fellows, Dan Moody, Charles L. Black, Walace Hawkins* and *Earl A. Brown* for petitioners.  *H. Don Emery, Rayburn L. Foster, R. B. F. Hummer, Harry D. Turner* and *Eugene O. Monnett* for respondent.